UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
GARY LABARBERA and FRANK FINKEL,
Trustees of Local 282 International
Brotherhood of Teamsters Welfare,
Pension, Annuity, Job Training and
Vacation Sick Leave Trust Funds,

                Plaintiffs,

-against-

CARLO LIZZA & SONS PAVING, INC.
                Defendant.
-------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 10 2006
TIME P.M.

CV-06-374 (CBA)(RML)

**JUDGMENT AND PERMANENT INJUNCTION**

This action having been commenced on January 27, 2006, by the filing of a Complaint, and a Summons and Complaint having been served on Defendant CARLO LIZZA & SONS PAVING, INC. by service upon the Secretary of State on January 30, 2006, and Defendant having failed to appear and answer and Defendant being in default, and Defendant not being an infant, incompetent or in the military of the United States,

NOW, upon application of Avram H. Schreiber, Esq., attorney for Plaintiffs, it is

ORDERED, ADJUDGED AND DECREED that Plaintiffs GARY LABARBERA and FRANK FINKEL, as Trustees of Local 282 International Brotherhood of Teamsters Welfare, Pension, Annuity, Job Training and Vacation/Sick Leave Trust Funds, have judgment against Defendant CARLO LIZZA & SONS PAVING, INC. in the amount of $13,839.47, plus costs and disbursements in the sum of $325.00, totaling $14,164.47, and that Plaintiffs have execution therefore, and it is further,

ORDERED, ADJUDGED AND DECREED, that Defendant and its agents, directors, officers, successors, heirs and assigns, shall not, for so long as they remain obligated to

contribute to the Plaintiff FUNDS, fail, refuse or neglect to submit required contribution reports and payments in accordance with the rules of the Fund, and it is further,

ORDERED, ADJUGDGED AND DECREED, that Defendant's obligation pursuant to this injunction shall remain in force and effect as long as they are signatory to a Collective Bargaining Agreement with Local 282 I.B. of T. and/or are obligated to pay contributions to the Plaintiffs herein pursuant to a Collective Bargaining Agreement, Declaration of Trust or any other obligation to contribute to Plaintiff FUNDS and it is further,

ORDERED, ADJUDGED AND DECREED, that the periods itemized herein remain subject to audit and/or other means of verification.

Dated: Brooklyn, New York
       March 9, 2006

SO ORDERED AND ADJUDGED
/S/ Hon. Carol B. AMon
_____
CAROL B. AMON - U.S.D.J.